

**seterus**™

PO Box 2008; Grand Rapids, MI 49501-2008

5-769-13127-0132272-027-1-010-010-000-000

MING, DEONEICO
4820 GUILFORD PL
ATLANTA GA 30331

# Account Statement

| | |
|---|---|
| Statement Date | January 19, 2015 |
| Account Number | 25747680 |
| ☎ Phone | 866.570.5277 |
| 🖥 Email | ExternalCommunications@seterus.com |
| | *Response typically sent by U.S. Mail* |

| | |
|---|---|
| **Payment Due Date** | February 1, 2015 |
| **Amount Due** | $ 6,361.94 |
| If payment is received after February 16, 2015, a $0.00 late fee will be assessed. | |

| | | |
|---|---|---|
| **Outstanding Principal*** | $ | 84,651.44 |
| Current Escrow Balance | $ | -429.53 |
| Maturity Date | | July 01, 2038 |
| Interest Rate | | 7.12500% |
| Prepayment Penalty[1] | | No |

*This is not a payoff amount and does not include interest, fees, and other costs.

**Property Address**   3869 BRANCH DR SW
                       ATLANTA, GA 30331-4101

## Past Payment Breakdown

| | Paid Since Last Statement | Paid Year-to-date |
|---|---:|---:|
| Principal | $ 109.82 | $ 109.82 |
| Interest | $ 503.27 | $ 503.27 |
| Escrow | $ 0.00 | $ 0.00 |
| Charges | $ 10.00 | $ 10.00 |
| Suspense (unapplied) | $ -92.74 | |
| Total | $ 530.35 | $ 623.09 |

## Explanation of Amount Due

| | | |
|---|---|---:|
| Principal[2] | $ | 116.52 |
| Interest[2] | $ | 496.57 |
| Escrow (Taxes and Insurance) | $ | 0.00 |
| **Regular Payment** | $ | 613.09 |
| Past Due Payment(s) | $ | 5,517.81 |
| Total Charges | $ | 658.65 |
| Suspense (credit)[4] | $ | 427.61 |
| **Total Amount Due[3]** | $ | 6,361.94 |

[1] Seterus does not currently charge a prepayment penalty.
[2] The principal and interest payment stated on this notice is based on the information we have at the time this notice was generated. While the allocation of principal and interest may change, your total principal and interest payment will remain the same.
[3] This is not a payoff or reinstatement amount; it is the total amount due as of the date of the statement. If you need a formal payoff amount, please contact us.
[4] Partial payments are held in a suspense account. See enclosed Partial Payment Information insert for more information.

The information in this statement is your loan's contractual information. The contractual payment due does not take into consideration any pending foreclosure alternatives and may be different from any temporary payment agreements.

## Activity Since Last Statement

| Date | Description | Principal | Interest | Escrow | Late Charge/ Other Fees | Other | Suspense | Total |
|---|---|---:|---:|---:|---:|---:|---:|---:|
| January 9, 2015 | ESCROW - TAXES | $0.00 | $0.00 | -$297.38 | $0.00 | $0.00 | $0.00 | -$297.38 |
| January 6, 2015 | LOAN INSTALLMENT | $109.82 | $503.27 | $0.00 | $0.00 | $0.00 | $0.00 | $613.09 |
| January 6, 2015 | REPPAY | $0.00 | $0.00 | $0.00 | $10.00 | $0.00 | $0.00 | $10.00 |
| January 6, 2015 | SUSPENSE DEPOSIT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$92.74 | -$92.74 |
| January 9, 2015 | ESCROW - TAXES | $0.00 | $0.00 | -$5.44 | $0.00 | $0.00 | $0.00 | -$5.44 |

ADDITIONAL TRANSACTIONS AND ACTIVITY CONTINUE ON PAGE 2

## Important Messages