

**MORTGAGE LOAN STATEMENT**

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX  75261-9063



EXHIBIT B
Blumberg No. 5208

| CONTACT INFORMATION |
|---|
| Customer Service: 1-888-480-2432 |
| Monday - Thursday; 8 a.m. - 8 p.m. CT |
| Friday; 8 a.m. - 6 p.m. CT and Saturday; 8 a.m. - 2 p.m. CT |
| MyNationstar.com |

5-692-03808-0003646-001-1-100-001-000-000



DONTE MING
4820 GUILFORD FOREST DR SW
ATLANTA GA  30331-8374

| | |
|---|---|
| Statement Date: | 09/19/2014 |
| Loan Number: | 0596768853 |
| Payment Due Date: | 10/01/2014 |
| **Amount Due:** | **$1,367.33** |

If payment is received on or after 10/17/14; $33.35 late fee will be charged.

Property Address:
2245 BRITLEY TERRACE
ATLANTA GA  30349

### Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $90,336.22 |
| Interest Rate | 7.125% |
| Escrow Balance | $0.00 |
| Prepayment Penalty* | |

*Nationstar Mortgage LLC will not assess a prepayment penalty at any time in the event you would like to pay part or all of your mortgage balance.

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $130.62 |
| Interest | $536.37 |
| Escrow Amount (for Taxes & Insurance) | $0.00 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$666.99** |
| Total Fees and Charges | $33.35 |
| Overdue Payment(s) | $666.99 |
| **Total Amount Due** | **$1,367.33** |

### Past Payment Breakdown

| | Payments Rec'd since 08/20/2014 | Paid Year to Date |
|---|---|---|
| Principal | $129.85 | $1,381.80 |
| Interest | $537.14 | $4,326.84 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $33.35 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied)** | $58.01 | $58.01 |
| **Total** | **$725.00** | **$5,800.00** |

### Transaction Activity (08/20/2014 to 09/19/2014)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 09/04/2014 | Partial Payment | $58.01 | | | | $58.01 |
| 09/04/2014 | Payment | $666.99 | $129.85 | $537.14 | | |

### Important Messages
(See Reverse side for Additional Critical Notices)

*First Protector covers important gaps in your homeowner's policy that help keep your home safe. Visit www.firstprotectorsolutions.com or call 1-855-211-3597 weekdays from 8 a.m.-8 p.m. E.T. for more information and mention offer code OWC8. (Hablamos Español).*

*Partial Payments refer to a payment less than your full monthly mortgage loan payment due that was received on your account. These funds are applied to, and held in, a separate non-interest bearing suspense account until the remaining funds are received to make a full monthly mortgage loan payment.  In order to apply these funds to your mortgage loan you are required to send us the additional funds sufficient to equal a full monthly mortgage loan payment. The Unapplied Funds balance represents the amount of your funds which are being held in a non-interest bearing suspense account as of the date of this statement.*

*You can make your payment online at MyNationstar.com. There is no charge for this service if you schedule your payment within 9 days past your due date.*

This is an attempt to collect a debt and any information obtained will be used for that purpose.
DETACH HERE AND RETURN WITH YOUR PAYMENT.  PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY