# CHASE

**EXHIBIT C**

| | |
|---|---|
| Customer Service | 1-800-848-9380 |
| Monday - Thursday | 8 a.m. - midnight (ET) |
| Friday | 8 a.m. - 10 p.m. (ET) |
| Saturday | 8 a.m. - 5 p.m. (ET) |
| Deaf or Hard of Hearing (TTY) | 1-800-582-0542 |

chase.com

50979 MWD Z 04815 C - BRE
DEONEICO D MING
4820 GUILFORD FOREST DRIVE
ATLANTA GA 30331-8374

## Mortgage Loan Statement

| | |
|---|---|
| Loan Number | 1024324236 |
| Statement Date | 02/17/2015 |
| Property Address | 6320 Love St |
| | Austell, GA 30168 |
| **Total Amount Due** | **$2,385.38** |
| **Payment Due Date** | **03/01/2015** |

A late charge of $37.56 may apply if received after 03/16/2015.

### Loan Overview (as of 02/17/2015)

| | |
|---|---|
| Original Principal Balance | $115,000.00 |
| Unpaid Principal Balance | $111,400.36 |
| Escrow Balance | ($325.56) |

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $559.40 |
| Interest | $172.32 |
| Escrow Payment (Taxes and/or Insurance) | $19.38 |
| **Monthly Payment** | **$751.10** |
| Prior Fees/Charges | $38.91 |
| Fees/Charges Since Last Statement | $38.91 |
| Original Missed Payment Date | 01/01/2015 |
| Past Due Amount | $1,556.46 |
| **Total Amount Due** | **$2,385.38** |

### Adjustable-Rate Mortgage Information

| | |
|---|---|
| Interest Rate (Until 7/2015) | 1.87500% |
| For Payment Due | 01/01/2015 |

### Transaction Activity Since Your Last Statement (Includes Fees/Charges)

| Transaction Date | Description | Total Received | Principal | Interest | Escrow | Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|
| 02/17/2015 | LT CHARGE ASSESSMENT | | | | | $38.91 | |

### Important Messages

If your mortgage loan servicing transferred to Chase this year, and you would like to see your previous payment history, please call the number at the top of this statement.

**Servicemember Protections:** You may be entitled to certain legal rights and protections if you or any owner or occupant of your home are or recently were on active duty or active service as a federal or state Military Servicemember, or if you're a dependent of such a Servicemember. For more information, please call us at 1-877-469-0110, 1-318-340-3308 if you're calling from overseas, or 1-800-582-0542 for TTY services.

If you receive or expect to receive an insurance claim check for damages to your home, you can visit chase.com/InsuranceClaim for information about our claim process. If you have any questions, please call us at 1-866-742-1461 Monday through Friday from 8 a.m. to midnight and Saturday from 8 a.m. to 8 p.m. Eastern Time.

▼ Please detach and return the bottom portion of this statement with your payment using the enclosed envelope. ▼

