**SPS** Portfolio SERVICING, inc.  
P.S Box 65250  
Salt Lake City, UT 84165-0250  
www.spservicing.com

**Mortgage Statement**  
Statement Date: 02/12/2015  
Page 1 of 2

| Customer Service : | (800) 258-8602 |
|---|---|
| Monday - Thursday | 8:00AM - 11:00PM ET |
| Friday | 8:00AM - 9:00PM ET |
| Saturday | 8:00AM - 2:00PM ET |

*For other important information, see reverse side*

8534

Deoneico Donte Ming  
4820 Guilford Frst Dr  
Atlanta, GA 30331-8374

| Account Number | 0016684300 |
|---|---|
| Property Address | 4820 GUILFORD FOREST DR ATLANTA GA 30331 |
| Loan Due Date | 01/01/2015 [4] |
| Payment Due Date | 03/01/2015 |
| **Amount Due** | **$4,596.10** |

*If payment is received after 03/16/2015, $51.06 late fee will be charged.*

### Account Information

| | |
|---|---|
| Interest Bearing Principal | $466,869.26 |
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $466,869.26 |
| Interest Rate (Until August 2015) | 2.625% |
| Prepayment Penalty | No |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $1,481.20 |
| Interest | $1,021.28 |
| Escrow (Taxes and Insurance) | $0.00 |
| **Regular Monthly Payment** | **$2,502.48** |
| Unpaid Late Charges | $51.06 |
| Other Charges and Fees | $0.00 |
| Charges / Fees this Period | $51.06 |
| Past Due Payment(s) | $2,042.56 |
| Unapplied Payment(s) | $0.00 |
| **Total Amount Due** | **$4,596.10** |

### Transaction Activity (01/14/2015 to 02/12/2015)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Other Fees | Total [1] |
|---|---|---|---|---|---|---|---|
| 01/14 | BEG BALANCE | $466,869.26 | $2,042.56 | $0.00 | $0.00 | $0.00 | $468,911.82 |
| 01/16 | LATE PYMT CHARGE | 0.00 | 0.00 | 0.00 | 51.06 | 0.00 | 51.06 |
| 02/12 | ENDING BALANCE | $466,869.26 | $2,042.56 | $0.00 | $51.06 | $0.00 | $468,962.88 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | |
| **Total** | **$0.00** | **$0.00** |
| Total Unapplied Balance | $0.00 | |



EXHIBIT G

### Important Messages

[1] This amount is not a payoff quote. If you want a payoff quote, please see instructions on reverse side.

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan. Please contact us at (800) 258-8602 to discuss these protections.

[4] Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.

Per IRS regulations all 2014 year end statements will be mailed no later than February 2, 2015. Year end information will be available via our automated voice response system on January 2, 2015. Duplicate year end statements can be obtained from our website **www.spservicing.com** after February 2, 2015.

---

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

**MONTHLY PAYMENT COUPON**

| Amount Due | Make checks payable to: Select Portfolio Servicing |
|---|---|