

*Home Equity Line*



5046 8417006 0800-16-01-00 004
DEONEICO DONTE MING
4820 GUILFORD FOREST DR SW
ATLANTA GA  30331-8374

**Loan Questions?**
Call 1-888-LOAN BBT
(1-888-562-6228)

Page 1 of 1

## Account Status

| | |
|---|---:|
| Statement Date | 01/28/15 |
| Line Account Number | 9044819683-5998 |
| Due Date | 02/22/15 |
| Current Amount Due | $164.09 |
| Past Due Date | 01/22/15 |
| Past Due Amount | $169.87 |
| Fees/Charges | $0.00 |
| Minimum Amount Due | $333.96 |

**Need help managing your payments?**

We may have some options to assist you. Please call us today at 1-800-222-1913 to discuss the possibilities.

## Account Summary

| | | |
|---|---|---:|
| Credit Limit | | $60,000.00 |
| Credit Available | | $0.00 |
| Previous Account Balance | | $59,623.90 |
| Total Payments | (−) | $0.00 |
| Advances | (+) | $0.00 |
| Total Finance Charges | (+) | $164.09 |
| Total Adjustments | (+) | $0.00 |
| New Account Balance | (=) | $59,787.99 |

**EXHIBIT H**
Blumberg No. 5208

Loans are subject to credit approval. Equal Housing Lender  Member FDIC

| Annual Percentage Rate | Daily Periodic Rate | Average Daily Balance | Billing Cycle Days | Finance Charge |
|---|---|---|---|---|
| 3.25% | 0.008904% | $59,447.04 | 31 | $164.09 |

## Transaction History

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| 12/29/14 | BEGINNING PRINCIPAL BALANCE | $0.00 | $59,447.04 |
| 01/28/15 | TIER 1 CURRENT PER RATE  .008904% CORR APR 03.25% | | |
| 01/28/15 | ENDING PRINCIPAL BALANCE | $0.00 | $59,447.04 |
| | INTEREST PAID IN 2014 | $1,931.84 | $0.00 |

---

*Detach here and mail with your payment in the enclosed envelope. Make check payable to BB&T. Be sure to include your loan account number on the check. Allow 7 days for postal delivery.*

I-1369

00490448196835999000000339604 88                                5046

☐ *Check here if you prefer to have your payment drafted.
*Please provide details on back.*

DEONEICO DONTE MING

Account Number: 9044819683-5998
**Payment Due Date: 02/22/15**
**Amount Due:  $333.96**
Amount Enclosed        $              .

*Payment Form*

CLA 404 8417006 0800-16-01-00
BB&T ITEM PROCESSING CENTER
PO BOX 580048
CHARLOTTE NC 28258-0048

⑆520011113⑆  9044819683⑈  5999