**EXHIBIT B**

relationships that work
**green tree®**    PO Box 6172
Rapid City, SD 57709-6172

**MONTHLY BILLING STATEMENT**
Statement Date: 02/11/2015

| | |
|---|---|
| Account Number | 825235914 |
| Next Payment Due | 03/01/2015 |
| Amount Due | $2,465.60 |

*If payment is received after 03/17/2015, a $40.42 late fee will be charged.*

#BWNKDVR
#IGGHFLMI8#

+ 0536971 000076107 09GT11-055801-P1P2P3P8
DONTE MING
4820 GUILFORD FOREST DR SW
ATLANTA GA 30331-8374

Phone: 1-800-643-0202
Mon - Fri 7AM - 8PM CST
Saturday 7AM - 1PM CST
Email: customer.service@gtservicing.com
Property Address:
3192 ARDLEY RD SW
ATLANTA, GA 30311

### Account Information

| | |
|---|---|
| Principal Balance (Not a Payoff Amount): | $110,346.63 |
| Escrow Balance**: | $-1,042.95 |
| Late Fee Balance: | $40.19 |
| Unapplied Funds Balance: | $4.59 |
| Interest Rate: | 7.12500% |
| Interest Type: | Actuarial |
| Prepayment Penalty: | No |

**Escrow represents monies collected and held by servicer for the future payment of taxes and insurance.

### Explanation of Amount Due

| | |
|---|---|
| Principal: | $155.11 |
| Interest: | $653.36 |
| Escrow: | $0.00 |
| **Regular Monthly Payment:** | **$808.47** |
| Total Fees & Charges Due: | $40.19 |
| Optional Insurance/Other Products: | $0.00 |
| Past Due Amount: | $1,616.94 |
| **Total Amount Due:** | **$2,465.60** |

### Past Payments Breakdown

| | Last Month | Year To Date |
|---|---|---|
| Principal: | $0.00 | $0.00 |
| Interest: | $0.00 | $0.00 |
| Escrow: | $0.00 | $0.00 |
| Fees and Charges: | $0.00 | $0.00 |
| Optional Insurance/Other Products: | $0.00 | $0.00 |
| **Total** | **$0.00** | **$4.59** |
| Unapplied Amount | $0.00 | $4.59 |



*OS47G2*

### Transaction Activity

| Date | Description | Charges | Payments |
|---|---|---|---|
| 01/31/2015 | Esc Disb-Delinquent Collector | $-288.61 | |
| 01/31/2015 | Esc Disb-Delinquent Collector | $-754.34 | |
| 01/17/2015 | Late Fee Assessment | $40.19 | |

**Your account is now past due. For payment arrangements, please contact your account representative, Abby D. at 1-800-643-0202, extension 55175, Thank you for your prompt attention to this request.**

**Any partial payments that you make are not applied to your mortgage, but instead are held in a separate un-applied funds account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.**

SC0359-001

**YOUR TOTAL PRINCIPAL PAID IN 2014 WAS $ 1,050.13.
YOUR TOTAL INTEREST PAID IN 2014 WAS $ 4,692.22.**