

#BWNKDVR
#GMHHJLKO1#



+ 0536308 000074674 09GT11-055801-P1P2P8
DEONEICO MING
4820 GUILFORD FOREST DR SW
ATLANTA GA 30331-8374

**MONTHLY BILLING STATEMENT**
Statement Date: 02/07/2015

| | |
|---|---|
| Account Number | 686275777 |
| Next Payment Due | 03/01/2015 |
| **Amount Due** | **$2,006.57** |

*If payment is received after 03/17/2015, a $21.23 late fee will be charged.*

Phone: 1-800-643-0202
Mon - Fri 7AM - 8PM CST
Saturday 7AM - 1PM CST
Email: customer.service@gtservicing.com
Property Address:
3122 SPREADING OAK DR SW
ATLANTA, GA 30311

### Account Information

| | |
|---|---:|
| Principal Balance (Not a Payoff Amount): | $56,600.57 |
| Escrow Balance**: | $1,067.28 |
| Late Fee Balance: | $21.23 |
| Interest Rate: | 7.25000% |
| Interest Type: | Actuarial |
| Prepayment Penalty: | No |

**Escrow represents monies collected and held by servicer for the future payment of taxes and insurance.

### Explanation of Amount Due

| | |
|---|---:|
| Principal: | $83.69 |
| Interest: | $340.96 |
| Escrow: | $237.13 |
| **Regular Monthly Payment:** | **$661.78** |
| Total Fees & Charges Due: | $21.23 |
| Optional Insurance/Other Products: | $0.00 |
| Past Due Amount: | $1,323.56 |
| **Total Amount Due:** | **$2,006.57** |

### Past Payments Breakdown

| | Last Month | Year To Date |
|---|---:|---:|
| Principal: | $0.00 | $0.00 |
| Interest: | $0.00 | $0.00 |
| Escrow: | $0.00 | $0.00 |
| Fees and Charges: | $0.00 | $0.00 |
| Optional Insurance/Other Products: | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |
| Unapplied Amount | $0.00 | $0.00 |



*004602*

### Transaction Activity

| Date | Description | Charges | Payments |
|---|---|---:|---|
| 01/17/2015 | Late Fee Assessment | $21.23 | |

Your account is now past due. For payment arrangements, please contact your account representative, Catherine C. at 1-800-643-0202, extension 85016, Thank you for your prompt attention to this request.

**YOUR TOTAL PRINCIPAL PAID IN 2014 WAS $ 1,339.70.**
**YOUR TOTAL INTEREST PAID IN 2014 WAS $ 4,196.05.**

SC0359-00D